```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00593
   BENNY W SMITH
   BRENDA A SMITH                            CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7229    SSN XXX-XX-9214

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/12/2007 and was confirmed 04/30/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL CORP     SECURED VEHIC   10318.00           153.73       2356.09
WELLS FARGO AUTO FINANCE SECURED NOT I       .00              .00           .00
WELLS FARGO FINANCIAL IN UNSEC W/INTER   13687.65             .00           .00
AMERICHOICE FED          UNSEC W/INTER NOT FILED              .00           .00
APPLIED CREDIT BANK      UNSEC W/INTER NOT FILED              .00           .00
ARROW FINANCIAL SERVICES UNSEC W/INTER NOT FILED              .00           .00
AT&T WIRELESS            UNSEC W/INTER      35.37             .00           .00
AT&T WIRELESS            UNSEC W/INTER     799.42             .00           .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER    3162.17             .00           .00
CINGULAR WIRELESS        UNSEC W/INTER NOT FILED              .00           .00
COMMERCE BANK            UNSEC W/INTER NOT FILED              .00           .00
GE MATTER                UNSEC W/INTER NOT FILED              .00           .00
GEMB SAMS                UNSEC W/INTER NOT FILED              .00           .00
GEMB SAMS                UNSEC W/INTER NOT FILED              .00           .00
HADDON EMERGENCY         UNSEC W/INTER NOT FILED              .00           .00
MONOGRAM CREDIT CARD BK  UNSEC W/INTER NOT FILED              .00           .00
NCO FIN/22               UNSEC W/INTER NOT FILED              .00           .00
PALISADES COLLECTIONS    UNSEC W/INTER NOT FILED              .00           .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER     324.77             .00           .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER     215.16             .00           .00
B-LINE LLC               UNSEC W/INTER     942.89             .00           .00
*DAVID M SIEGEL          DEBTOR ATTY      3,000.00                      1,476.65
TOM VAUGHN               TRUSTEE                                          267.93
DEBTOR REFUND            REFUND                                              .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  4,254.40

PRIORITY                                         .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 00593 BENNY W SMITH & BRENDA A SMITH
```

```
SECURED                                                      2,356.09
    INTEREST                                                   153.73
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,476.65
TRUSTEE COMPENSATION                                           267.93
DEBTOR REFUND                                                     .00
                                       ---------------  ---------------
TOTALS                                        4,254.40         4,254.40
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 02/27/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```